197 So.2d 81

**STATE of Louisiana**

v.

**Diane RICHARD and Barbara Frederick.**

No. 48648.

April 14, 1967.

In re: Diane Richard applying for writs of certiorari, prohibition and mandamus.

The application is not considered, not having been timely filed. See Rule XII, Sec. 2.